NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF CONCORD; OFFICER DAVID SAVAGE;
OFFICER DANIEL WALKER; CORPORAL CHRISTOPHER
BLAKELY; and SERGEANT TODD STROUD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY THOMAS,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD; POLICE CHIEF GUY SWANGER; OFFICER DAVID SAVAGE (Badge No. 360); OFFICER DANIEL WALKER; CORPORAL CHRISTOPHER BLAKELY (Badge No. 491); SERGEANT TODD STROUD; and DOES 1-50,<br><br>         Defendants. | Case No. C18-07484 JD<br><br>**STIPULATION AND ORDER TO DISMISS SEVERAL PARTIES AND CLAIMS, WITH PREJUDICE**<br><br>Judge: Hon. James Donato |

Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate to the following:

1. WHEREAS Plaintiff is amenable to dismissing several parties and claims in this case, with prejudice, with regard to the operative Second Amended Complaint (SAC), as follows;

   a. Plaintiff agrees to dismiss Defendants OFFICER DANIEL WALKER and CORPORAL CHRISTOPHER BLAKELY;

b. Plaintiff agrees to dismiss his claim for loss of past wages;

c. Plaintiff agrees to dismiss his claims for unlawful seizure/detention/arrest per the Fourth Amendment of the First Cause of Action (but is still claiming excessive force per the Fourth Amendment) and the corollary state law false arrest claim to the extent any state law claim is based upon false arrest;

d. Plaintiff's claim for the violation of the First Amendment as mentioned in the First Cause of Action.

2. WHEREAS, each of these parties / claims is hereby dismissed with prejudice, each party to bear their own fees and costs as to these dismissed parties / claims.

3. WHEREFORE, per stipulation, each of these parties / claims shall herein be dismissed, with prejudice.

I hereby attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 3, 2020            BULGUCHEVA LAW

                                 By:   /s/ Bulgucheva, Lilia
                                       Lilia Bulgucheva
                                       Attorney for Plaintiff ANTHONY THOMAS

Dated: August 3, 2020            McNAMARA, NEY, BEATTY, SLATTERY,
                                 BORGES & AMBACHER LLP


                                 By:   /s/ Blechman, Noah G.
                                       Noah G. Blechman
                                       Cameren N. Ripoli
                                       Attorneys for Defendants
                                       CITY OF CONCORD; OFFICER DAVID SAVAGE;
                                       OFFICER DANIEL WALKER; CORPORAL
                                       CHRISTOPHER BLAKELY; and SERGEANT TODD
                                       STROUD

/ / /

# ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The following parties and claims are hereby dismissed in this case, with prejudice, with regard to the operative Second Amended Complaint (SAC), as follows;

a. Defendants OFFICER DANIEL WALKER and CORPORAL CHRISTOPHER BLAKELY;

b. Plaintiff's claim for loss of past wages;

c. Plaintiff's claims for unlawful seizure/detention/arrest per the Fourth Amendment of the First Cause of Action (but is still claiming excessive force per the Fourth Amendment) and the corollary state law false arrest claim to the extent any state law claim is based upon false arrest;

d. Plaintiff's claim for the violation of the First Amendment as mentioned in the First Cause of Action.

e. All of these claims are dismissed with prejudice, each party to bear their own fees and costs with regard to these dismissed parties / claims.

IT IS SO ORDERED

Dated: August 10, 2020         By: _____
                                    HON. JUDGE JAMES DONATO
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS SEVERAL    3
PARTIES AND CLAIMS, C18-07484 JD